TEXTILE WORKERS UNION OF AMERICA, ETC., PLAIN-
TIFFS-PETITIONERS, v. FIRESTONE PLASTICS DIVI-
SION, ETC., DEFENDANT-RESPONDENT.

See same case below: 6 *N. J. Super.* 235. .

*Messrs. Kapelsohn, Lerner, Leuchler & Reitman, Mr. Sol
D. Kapelsohn, Mr. Isadore Katz,* and *Mr. David Jaffe* for the
petitioners.

*Messrs. Martin & Reiley,* and *Mr. Blair Reiley* for the
respondents.

May 15, 1950. Denied.

PUBLIC SERVICE COORDINATED TRANSPORT, ET AL.,
PETITIONERS-RESPONDENTS, v. STATE OF NEW JER-
SEY, DEFENDANT-PETITIONER.

*Mr. Theodore D. Parsons, Attorney General,* and *Mr. Ben-
jamin C. Van Tine* for the petitioner.

*Mr. William H. Speer, Mr. William H. Blake* and *Mr.
Winslow B. Ingham* for the respondents.

May 15, 1950. Granted.